Certificate Number: 02114-tne-de-027000858

Bankruptcy Case Number: 1630140

02114-tne-de-027000858

## **CERTIFICATE OF DEBTOR EDUCATION**

I CERTIFY that on February 23, 2016, at 01:10 o'clock PM EST, Willard Creech completed a course on personal financial management given by internet by CredAbility, a provider approved pursuant to 11 U.S.C § 111 to provide an instructional course concerning personal financial management in the Eastern District of Tennessee.

Date: February 23, 2016                By:     /s/Eric Dina

                                       Name:   Eric Dina

                                       Title:  Customer Service

1